UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

JACOB A. PERRONE,   Case No. 21-02550-jtg
 Chapter 7
 Honorable John T. Gregg
_____Debtor./

**TRUSTEE'S REJECTION OF APPOINTMENT**

The United States Trustee appointed me, the undersigned, as trustee in the above-captioned case.  Although I qualified for appointment under Section 322 of title 11, I now reject my appointment as trustee in the above-captioned case for the following reason:  conflict due to Trustee Firm representation of creditor.

Date:  December 10, 2021   By: /s/ Scott A. Chernich
 Scott A. Chernich, Chapter 7 Trustee
 Foster, Swift, Collins & Smith, P.C.
 313 S. Washington Square
 Lansing, MI  48933
 (517) 371-8133
 schernich@fosterswift.com

13333:90000:100082125-1